**William F. DONOVAN et al. v. AMERICAN STEEL & WIRE CO. (UNITED STATES, Intervener).**

**William F. DONOVAN et al. v. JONES & LAUGHLIN STEEL CORPORATION (UNITED STATES, Intervener).**

**Reginald F. MURPHY et al. v. GOODYEAR AIRCRAFT CORPORATION (UNITED STATES, Intervener).**

**Henry C. HASSEL et al. v. STANDARD OIL CO. OF OHIO (UNITED STATES Intervener).**

**Thomas FAIRLEY et al. v. CANFIELD OIL CO. (UNITED STATES of America, Intervener).**

Nos. 10642, 10649, 10650, 10721, 10722.

United States Court of Appeals
Sixth Circuit.

Feb. 2, 1949.

Harrison, Thomas, Spangenberg & Hull, of Cleveland, Ohio, for appellants.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellee American Steel & Wire Co.

Day, Cockley & Reavis, of Cleveland, Ohio, and H. Parker Sharp, of Pittsburgh, Pa., for appellee Jones & Laughlin Steel Corporation.

Buckingham, Doolittle & Burroughs, of Akron, Ohio, for appellee Goodyear Aircraft Corporation.

Tom Clark, of Washington, D. C., and Don C. Miller, of Cleveland, Ohio, for intervenor.

McAfee, Grossman, Taplin, Hanning, Newcomer & Hazlett, of Cleveland, Ohio, for appellees Standard Oil Co. of Ohio and Canfield Oil Co.

Before HICKS, Chief Judge, and SIMONS and McALLISTER, Circuit Judges.

PER CURIAM.

On motion of appellees, and intervenor, the United States of America, the several judgments of the District Court appealed from are affirmed upon the authority of Fisch v. General Motors Corp., 6 Cir., 1948, 169 F.2d 266, certiorari denied by the Supreme Court January 3, 1949; and Bateman v. Ford Motor Co., 6 Cir., 1948, 169 F.2d 266, certiorari denied by the Supreme Court January 3, 1949.